GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for GASTON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MEGAN GOODIN ) <br> QUNEIL GASTON, ) <br> ) <br> Defendants ) <br> _____ ) | Case No.:   2:20-mj-00255-EJY <br><br> STIPULATION TO CONTINUE <br> PRELIMINARY HEARING <br><br> (FIRST REQUEST) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Truntanich, United States Attorney, and Stephanie Ihler, Assistant United States Attorney, counsel for the United States of America, Lance A. Maningo, Esq, counsel for MEGAN GOODIN, and Gabriel L. Grasso, Esq, counsel for QUNEIL GASTON, that the preliminary examination currently scheduled for May 12 2020 at 4:00 p.m., be vacated and set to a date and time convenient to this court but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. The parties are in agreement that due to the current COVID-19 emergency and General Order 2020-02 that a 30 day continuance of the Preliminary Hearing in this case preferred in order to allow the parties to fully review materials and prepare for the Preliminary Hearing.

2. Ms. Goodin agrees to the continuance.

3. Mr. Gaston agrees to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively complete review of the discovery materials provided.

6. Denial of this request for continuance would result in a miscarriage of justice.

7. This is the first request for a continuance of the trial dates in this case.

DATED this 11th day of May 2020.

| | |
|---|---|
| LANCE MANINGO<br>Counsel for MEGAN GOODIN | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By _/s/ Lance Maningo_____<br>LANCE MANINGO, ESQ. | By _/s/ Stephanie Ihler_____<br>Assistant United States Attorney |
| GABRIEL L. GRASSO, P.C.<br>Counsel for QUNEIL GASTON | |
| By _/s/ Gabriel L. Grasso_____<br>GABRIEL L. GRASSO, ESQ. | |

**GABRIEL L. GRASSO, P.C.**
**GABRIEL L. GRASSO, ESQ.**
Nevada Bar No. 7358
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for GASTON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                              )<br>                    Plaintiff,                   )<br>                                                              )<br>vs.                                                       )<br>                                                              )<br>MEGAN GOODIN                             )<br>QUNEIL GASTON,                           )<br>                                                              )<br>                    Defendant.              )<br>_____) | Case No.:    2:20-mh-00255-EJY<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**<u>FINDINGS OF FACT</u>**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties are in agreement that due to the current COVID-19 emergency and General Order 2020-02 that a 30 day continuance of the Preliminary Hearing in this case preferred in order to allow the parties to fully review materials and prepare for the Preliminary Hearing.

**<u>CONCLUSIONS OF LAW</u>**

The ends of justice served by granting said continuance. Failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED that the preliminary examination currently scheduled for MAY 12, 2020, at 4:00 p.m., be vacated and continued to June 11, 2020, at 4:00 p.m., in a courtroom to be determined.

DATED this 11th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE